DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| 427P14 | State v. Larry Thomas McGee | 1. Def's Motion for Temporary Stay (COA14-339) | 1. Allowed **11/25/2014** Dissolved **03/05/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 428P14 | State v. Jerry Lee Pittman | Def's *Pro Se* Motion for PDR (COAP14-719) | Dismissed |
| 432P14 | State v. Neil Stanley Page, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA14-16) | Denied |
| 444P09-5 | State v. Charles Gene Rogers | Def's *Pro Se* Motion for Appointment of Counsel | Denied |
| 447P02-3 | Edward McCrae v. State | Def's *Pro Se* Motion for PDR | Dismissed |
| 450P14 | State v. Matthew Smith Shepley | Def's PDR Under N.C.G.S. § 7A-31 (COA14-390) | Denied |
| 454P14 | State v. Karsten Eugene Turner | Def's PDR Under N.C.G.S. § 7A-31 (COA14-318) | Denied |
| 461P14 | State v. Billy Frank Larkin | Def's PDR Under N.C.G.S. § 7A-31 (COA14-443) | Denied |
| 463P14 | David C. Faustin v. North Carolina Building Code Council | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-82) | 1. Denied |
| | | 2. Plt's Motion to Supplement the Record | 2. Dismissed as moot |
| 464P14 | State v. Jarmal Flood | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-179 | 1. Denied |
| | | 2. State's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot |
| 466PA11-3 | State v. Heather Rochelle Surratt | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-202) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-21 | 2. Dismissed |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed **Ervin, J., recused** |
| 467P14 | State v. Andrew Grady Davis | Def's PDR Under N.C.G.S. § 7A-31 (COA14-443) | Denied |